IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**ERIC SEYMOUR WILLIAMS,**

    **Plaintiff,**

vs.                                   Case No. 4:11cv647-RH/WCS

**REBECCA LOUISE SCHRADER,
CRYSTAL FRAZE, BRIAN REUTHER,
and WILLIAM A. PROCTOR, JR.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

The *pro se* Plaintiff initiated this case in late December, 2011, by submitting a complaint, doc. 1, and a motion to proceed *in forma pauperis*, doc. 2.  Ruling was deferred on the motion and Plaintiff was directed to provide supplemental information.  Doc. 4.  Plaintiff's deadline for responding was January 30, 2012.  *Id.*  No response has been received from Plaintiff.

In eight other cases Plaintiff has initiated in this Court, four have been dismissed for failure to prosecute, and report and recommendations are pending in two more cases recommending dismissal for the same reason.  Plaintiff has continued his pattern of failing to respond to court orders, and this case should similarly be dismissed for Plaintiff's failure to prosecute.  If Plaintiff continues this pattern of behavior, it may

become appropriate to recommend that Plaintiff be barred from filing another suit unless he is represented by an attorney or that other suitable sanctions be imposed.

It is noted that a motion to dismiss has been filed by one Defendant named in this case, Brian Reuther.  Doc. 5.  Service was not directed in this case and the motion to dismiss should be denied as moot.

Plaintiff was advised that if he failed to comply with the court order, it would result in a recommendation of dismissal of this action.  Because Plaintiff has not complied, this case should be dismissed without prejudice.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and the motion to dismiss, doc. 5, be **DENIED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on February 22, 2012.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**