# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

v.                                                          CASE NO. 4:11cv647-RH/CAS

REBECCA LOUISE SCHRADER
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED for failure to prosecute." The clerk must close the file.

SO ORDERED on April 13, 2012.

                                            s/Robert L. Hinkle
                                            United States District Judge